**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | **MICHEAL JOSEPH LEE** | **CASE NO. 25-11922** |
| | | **CHAPTER 13** |
| | **DEBTOR** | **SECTION A** |

**MOTION TO APPROVE LOAN MODIFICATION AGREEMENT**

NOW INTO COURT, through undersigned counsel, comes **MICHEAL JOSEPH LEE** ("Debtor") who respectfully represents as follows:

1.

Debtor filed for Chapter 13 bankruptcy relief on August 29, 2025. The Plan was confirmed on December 2, 2025.

2.

Debtor resides at 1269 Fox Sparrow Loop, Madisonville, LA 70447 (the "Property").

3.

The property is secured by a mortgage loan in favor of the lender, Carrington Mortgage Services, LLC ("Lender").

4.

Under the terms of Debtor's confirmed Plan and through the Stretto Loan Modification Program, Debtor has been working to secure a mortgage modification with Carrington Mortgage Services, LLC.

5.

Both the Lender and Debtor jointly request approval of the terms of the Modification attached hereto as Exhibit "A". The requested loan modification will roll past due arrears into the

loan balance and reorganize the remaining balance. The Debtor has completed the Trial Modification Agreement. As a result of the modification, Debtor will be deemed current. The principal and interest payment on the modification will be $1,320.17. The escrow payment will be $499.09. Therefore, the Debtor's principal, interest and escrow payment to be made direct under the loan modification will total $1,819.26 beginning with the payment due October 1, 2026 and thereafter.

6.

There will be no change to the unsecured creditors by this Motion nor will Debtor plead liquidation changes.

7.

Debtor will continue to make the new payments directly to Carrington Mortgage Services, LLC for the ongoing monthly payments.

8.

Debtor is delinquent in monthly payments by $1,262.24, or three months. This loan modification approval will allow debtor's counsel to modify the Chapter 13 Plan and propose a rearrangement of the debtor's arrearage to the Trustee. Undersigned counsel and debtor had erroneously misunderstood one another and debtor was under assumptions that his plan payments had decreased to $90.00 beginning in July 2026, causing him to underpay his Chapter 13 Plan payments.

9.

Debtor can afford the note due by the Modification Agreement as shown on the attached Exhibits I and J.

WHEREFORE, Debtor prays that after all due proceedings, this Motion be granted and

Debtor be authorized to enter into the attached home mortgage modification and for all other relief as is equitable and just.

Respectfully submitted,

*s/Wayne M. Aufrecht*
Wayne M. Aufrecht, #24946
417 West 21st Avenue
Covington, LA 70433

ORIGIN ID:APVA (866) 874-5860
MOD DEPT
VYLLA DOCUMENT SERVICES
500N. STATE COLLEGE BLVD
SUITE 1030
ORANGE, CA 92868
UNITED STATES US

SHIP DATE: 07SEP 26
ACTWGT: 0.05 LB
CAD: 101 07 435 7/INET 4535

BILL SENDER

TO **MOD DEPT**
**VYLLA DOCUMENT SERVICES**
**500 N. STATE COLLEGE BLVD**
**SUITE 1030**
**ORANGE CA 92868**
(866) 874-5860 REF: MOD
INV:
PO: DEPT:

58KJ3/A3F0/4848

FedEx Express

TRK# 8768 4606 6975
0201

**WED - 09 SEP 5:00P**
**STANDARD OVERNIGHT**

**WZ APVA** 92868
CA-US SNA

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Carrington**
mortgage services, llc

500 N State College Blvd, Ste 1030, 1300 and 1400
Orange, CA 92868
1-800-561-4567

**Loan Number:** [redacted]
**Notice Date:** 09/08/2026

**Final Loan Documents Coversheet**

MICHEAL JOSEPH LEE
1269 FOX SPARROW LP
MADISONVILLE LA 70447

**Property Address:**
1269 FOX SPARROW LP
MADISONVILLE LA 70447

CARRINGTON MORTGAGE SERVICES, LLC (CARRINGTON) has approved you for a USDA Stand Alone MRA. This solution will bring your mortgage current and prevent further foreclosure actions, once fully executed by you and CARRINGTON. There are no processing fees for accepting this USDA Stand Alone MRA.

If you have questions about this information, call us as soon as possible at 1-800-561-4567, Monday to Friday, 8:00 AM to 9:00 PM Eastern Time.

Please find the enclosed Mortgage Recovery Advance Documents (herein referred to as the "Agreement") along with a Name Affidavit** for more details on this offer and how to accept it. If you want to set up automatic payments for your mortgage payments, please visit our website at www.carringtonmortgage.com and select "Payment Options" on the left menu.

***A Name Affidavit is a document in which a person certifies all the names that have been used by the person. The name affidavit may include maiden name, married name, other names used, and all variations of the names that appear in other documents.*

**IMPORTANT!** CARRINGTON MORTGAGE SERVICES, LLC must receive your fully executed Documents, **bearing original signatures,** by **09/23/2026.** Each borrower must sign exactly as the name appears on the signature line. If there has been a change to your name since the origination of your mortgage loan (e.g. re-married, divorced), you must complete the Name Affidavit and provide supporting documents to evidence such a change. Failure to comply with these requirements may affect your eligibility and delay the process.

CARRINGTON MORTGAGE SERVICES, LLC may cancel the modification if the executed documents received do not pass a quality control review by **10/16/2026.** If your modification is cancelled, you may submit a request to be reviewed for a new modification offer.

***Please be advised that a faxed copy of the Agreement does not satisfy the execution requirements and therefore will not be accepted.***

Carrington
mortgage services, llc

500 N State College Blvd, Ste 1030, 1300 and 1400
Orange, CA 92868
1-800-561-4567

**Loan Number:** [redacted]
**Notice Date:** 09/08/2026

**Final Loan Documents Coversheet**

As of 09/01/2026 CARRINGTON will:

- Adjust the due date of your next scheduled monthly payment to bring your mortgage current.
- For loan Modification, add the past due amounts to the overall principal balance, which may include unpaid accrued interest, mortgage advances for escrow items, projected escrow shortage amount, related legal fees and foreclosure and bankruptcy costs in addition to all fees, and penalties accumulated as allowed by the investor or insurer of your loan.
- For Partial claims, add the past due amounts into a subordinate lien.

**The following table describes the specific terms of your USDA Stand Alone MRA:**

| Modification Details | |
|---|---|
| Unpaid Principal Balance | $279,016.23 |
| **Past due Amounts to Be Added to The Overall Mortgage Balance:** | |
| Unpaid Accrued Interest | $ 0.00 |
| Mortgage Advances for Escrow | $ 0.00 |
| Legal Fees and Foreclosure and Bankruptcy Cost | $ 0.00 |

| Advance Details* *The amounts below will be included in a subordinate note with zero interest and no monthly payment due. Please refer to the Subordinate Note for additional details.* | |
|---|---|
| Past-due principal and interest | $17,162.20 |
| Mortgage Advances for Escrow | $6,488.17 |
| Legal fees and Foreclosure and Bankruptcy Costs | $300.00 |
| | |
| Total Amount | $23,950.37 |

**The following table provides detailed changes to your loan if you agree to the USDA Stand Alone MRA.**

| Agreement Terms | |
|---|---|
| First Payment Due Date | 10/01/2026 |
| New Loan Maturity Date | 09/01/2050 |
| New Interest-Bearing Principal Balance | $270,799.51 |
| Deferral (Non-Interest Bearing) Principal Balance Mortgage Recovery Advance Amount | $ 0.00 |
| **Monthly Payment Breakdown** | |
| New Principal and Interest Payment | $1,320.17 |
| New Escrow Payment *Please note this amount is subject to change annually.* | $499.09 |

Carrington
mortgage services, llc

Loan Number: [redacted]
Notice Date: 09/08/2026

500 N State College Blvd, Ste 1030, 1300 and 1400
Orange, CA 92868
1-800-561-4567

**Final Loan Documents Coversheet**

| | |
|---|---|
| Total New Monthly Payment | $1,819.26 |

**Please submit all Original Signed and Dated documents using the enclosed FedEx envelope. The shipping label has been pre-attached for you so you can sign and date these documents and drop off at your nearest FedEx facility.**

If you are unable to access a FedEx facility, you can mail the documents via US Postal Service (USPS) at the address below. Please note that choosing to submit your documents using the USPS standard mail may delay processing time.

CARRINGTON MORTGAGE SERVICES, LLC
Loss Mitigation Post Closing Department
P.O. Box 3010
Anaheim, CA 92806

We encourage you to review the enclosed Mortgage Recovery Advance Documents, which includes instructions on how to accept this offer.

**What if you need further assistance?**

Please contact us at 1-800-561-4567, especially if you experience another event that may prevent you from making your mortgage payment.

You can also access a HUD-approved counselor in your area for help exploring your options using the contact information provided below:

- The U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287. HUD is prepared to accept calls from persons who are deaf or hard of hearing, as well as individuals with speech and communication disabilities. You may also visit HUD's website for housing counselors near you at www.hud.gov/findacounselor
- The Federal Communications Commission (FCC) offers Telecommunication Relay Service (TRS) by dialing 711.

Carrington mortgage services, llc

**Loan Number:** [redacted]
**Notice Date:** 09/08/2026

500 N State College Blvd, Ste 1030, 1300 and 1400
Orange, CA 92868
1-800-561-4567

**Final Loan Documents Coversheet**

We are here to help. If you have questions, please contact our customer service team or visit www.carringtonmortgage.com.

Phone: 1-800-561-4567
Hours: Monday through Friday from 8:00 AM - 9:00 PM Eastern Time

Sincerely,

CARRINGTON MORTGAGE SERVICES, LLC
www.carringtonmortgage.com

Carrington
mortgage services, llc

Loan Number: [redacted]
Notice Date: 09/08/2026

500 N State College Blvd, Ste 1030, 1300 and 1400
Orange, CA 92868
1-800-561-4567

Final Loan Documents Coversheet

## Name Affidavit

If your name has been changed since the origination of your mortgage loan and/or does not match the name as it appears directly below and within the enclosed Agreement ,Carrington Mortgage Services, LLC (Carrington) requires that you complete this Name Affidavit or login to your account at www.CarringtonMortgage.com and select "My Profile", then "Contact Information", and select the edit icon next to Borrower/Co-borrower Name.

**A Name Affidavit is also referred to as:**
Also Known as Certificate / AKA Statement – To show variations of your name used to execute other documents.
Now Known as Certificate / NKA Statement – To show a change in name due to marriage and/or divorce.

**MICHEAL JOSEPH LEE** [signature]
Signature Date

THIS IS TO CERTIFY THAT MY/OUR LEGAL SIGNATURE(S) IS/ARE AS WRITTEN AND TYPED BELOW. This signature must exactly match signatures on all Documents.

I, **MICHEAL JOSEPH LEE,** certify that I am also known as:

MICHAEL JOSEPH LEE — [signature]
Print Name (Variation) — Sample Signature (Variation)

Print Name (Variation) — Sample Signature (Variation)

STATE OF: LOUISIANA
COUNTY OF: ST. TAMMANY
Subscribed and sworn to before me this 15TH day of SEPTEMBER 2026, by MICHEAL JOSEPH LEE, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[signature]
Notary Public

Commission No: LA BAR 24945
Commission Expiration: AT DEATH

## IMPORTANT DISCLOSURES

**VERBAL INQUIRIES & COMPLAINTS-**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling (800) 561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 9:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at www.carringtonmortgage.com/.

**IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING AND DIRECT DISPUTES-**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to (800) 486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TTY (800) 877-8339, or by going to https://www.hud.gov/contactus#gethelp. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580, Telephone Number: (877) 382-4357.

**SCRA DISCLOSURE-**

**MILITARY PERSONNEL/ SERVICEMEMBERS:**
If you or your spouse is a member of the military, please contact us immediately.
The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at (888) 267-5474.

**NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to (800) 486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the Customer Service Department for Carrington Mortgage Services, LLC toll free at (800) 561-4567, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Time. You may also visit our website at www.carringtonmortgage.com/.

Rev. 10/27/2025

# IMPORTANT DISCLOSURES

**CALIFORNIA:**
Carrington Mortgage Services, LLC is licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act, File No. 413 0904.

**COLORADO Residents Only:**
7200 S. Alton Way, Ste B180,
Centennial, CO 80112,
(303) 708-8795

**HAWAII Residents Only:**
**Carrington Mortgage Services, LLC is licensed with the State of Hawaii Division of Financial Institutions. You may file complaints about Carrington Mortgage Services, LLC with the Commissioner of Financial Institutions by calling (808) 586-2820 or visiting the division's website for consumer complaints at http://cca.hawaii.gov/dfi/file-a-complaint/. For a list of standard or common loan servicing fees charged by Carrington Mortgage Services, LLC, please visit the website at www.carringtonmortgage.com/schedule-of-fees.**

**MASSACHUSETTS:**
**NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

**NEW YORK:**
New York City Department of Consumer Affairs Debt Collection Agency License Numbers: 1264739-DCA, 2101449-DCA; 2027784-DCA; & 2027788-DCA. This Collection agency is licensed by the City of Buffalo license numbers: CAG11-555177; CAG11-556176; CAG15-10033598 & CAG21-10059681.City of Yonkers Debt Collection Agency License Numbers: 9717; 10562; 9837 & 9826

**For New York Residents Only:**
You may file complaints about Carrington Mortgage Services, LLC with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services about the availability of housing counseling services by calling the Department's Consumer Assistance Unit at (800) 342-3736 or by visiting the Department's website at www.dfs.ny.gov.
Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services. Carrington Mortgage Services, LLC remains responsible for all actions taken by third-party service providers authorized by Carrington Mortgage Services, LLC to act on its behalf regarding the servicing of your loan

**NORTH CAROLINA:**
Carrington Mortgage Services, LLC is licensed under North Carolina Secure and Fair Enforcement Mortgage Licensing Act and holds North Carolina Collection Agency Licenses: Main Office: 500 N State College Blvd, Ste 1030, 1300 and 1400, Orange, CA 92868 – **Permit Company # 119603179** / Branch Offices: 19800 East Street, Suite 200, Westfield, IN 46074 – **Permit Company # 118503880**; 6200 Tennyson Parkway, Suite 110-B, Plano, TX 75024 – **Permit Company # 119506645** & 800 Crescent Centre Drive, Suite 300, Franklin, TN 37067 – **Permit Company # 518535120.**

**OREGON:**
Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, please contact Carrington Mortgage Services, LLC toll-free at (800) 561-4567. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at (888) 877-4894 or visit http://dfr.oregon.gov.

**TEXAS:**
**TEXAS RESIDENTS:**
**CONSUMERS WISHING TO FILE A COMPLAINT AGAINST A MORTGAGE BANKER OR RESIDENTIAL MORTGAGE LOAN ORIGINATOR LICENSED IN TEXAS SHOULD SEND A COMPLETED COMPLAINT FORM TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING (SML): 2601 N. LAMAR BLVD., SUITE 201, AUSTIN, TEXAS 78705; TEL: 1-877-276-5550. INFORMATION AND FORMS ARE AVAILABLE ON SML'S WEBSITE: SML.TEXAS.GOV.**

Rev. 12/04/2025

# USDA MORTGAGE RECOVERY ADVANCE AGREEMENT

BORROWER(S): **MICHAEL JOSEPH LEE** ("Borrower")
USDA CASE NUMBER: [redacted]
PROPERTY ADDRESS: **1269 FOX SPARROW LP, MADISONVILLE, LOUISIANA 70447** ("Property")
SERVICER: **CARRINGTON MORTGAGE SERVICES, LLC** ("Servicer")
LOAN NUMBER: [redacted]

THIS USDA MORTGAGE RECOVERY ADVANCE AGREEMENT ("Agreement") is entered into on **SEPTEMBER 7, 2026** by **MICHAEL JOSEPH LEE** ("Borrower") and **CARRINGTON MORTGAGE SERVICES, LLC** ("Lender") holder of the mortgage referenced herein.

**1. PURPOSE:** The United States Department of Agriculture ("USDA") Rural Development insures your Mortgage Loan on your single-family residence. This Mortgage Recovery Advance Agreement ("Agreement") explains the terms and conditions of the Mortgage Recovery Advance ("Advance") provided to assist in curing arrearages and/or addressing financial hardship on the Mortgage Loan described below. Funds are advanced on your behalf by the Servicer in connection with this Advance consistent with the requirements of the USDA.

**2. DEFINITIONS:**
**Advance Amount:** The amount of the Advance provided under this Agreement, totaling **$23,950.37.**

**Mortgage Loan:** The note executed on **AUGUST 31, 2020** with a principal balance in the amount of **$313,131.00** that is secured by a mortgage or deed of trust executed by the Borrower on the Property located at **1269 FOX SPARROW LP, MADISONVILLE, LOUISIANA 70447**.

**Servicer:** As used in this Agreement, means your current Servicer listed above and any other Mortgagee that services your Mortgage Loan in the future.

**3. PROGRAM SUMMARY:** You are currently in default or imminent default (as defined by the USDA), generally meaning that you have not made the monthly mortgage payments, under the terms of your Mortgage Loan. Your Servicer has determined that you meet the eligibility requirements for an Advance, an option where your Servicer uses funds to bring your Mortgage Loan current and/or pay a portion of the principal balance to reduce the amount of your monthly mortgage payment.

Your Servicer has determined the amount of your Advance using USDA's formulas and requirements.

If you choose to accept the Advance, you agree to repay the Advance Amount. Your agreement to repay the Advance Amount is established through and evidenced by this Agreement.

Your Servicer will apply the Advance Amount to the amount needed to bring your Mortgage Loan current and/or reduce your principal balance.

You have no discretion in the use and application of the Advance and your Servicer must apply the Advance Amount to your Mortgage Loan, consistent with USDA requirements

Servicer will apply the Advance Amount to your Mortgage Loan first to arrearages, then to a portion of the unpaid principal balance on your Mortgage Loan, if applicable.

**4. REQUIRED DOCUMENTS**: You must complete and return all of the Mortgage Recovery Advance documents to receive the Advance.

**5. ADVANCE TERMS:** You agree to repay the Advance Amount in full upon any of the following trigger events: (1) Maturity of the Mortgage Loan dated **SEPTEMBER 1, 2050**, (2) Transfer of title to the Property (by sale, refinance or by other voluntary or involuntary means), (3) Pay-Off of the Mortgage Loan. The Advance Amount does not accrue interest. You are allowed to prepay the Advance Amount, in whole or in part, without a charge or penalty. If you choose to make a prepayment, you must submit your prepayment to your Servicer. The Advance may be applied to address arrearages, escrow shortages, and other purposes authorized by the USDA.

**6. PERSONAL LIABILITY; SUCCESSORS AND ASSIGNS; JOINT AND SEVERAL LIABILITY.** You are fully and personally liable for repayment of the Advance, evidenced by this Agreement. Any person who is a guarantor, surety, or endorser of the Agreement is also fully and personally liable. The terms of the Advance document bind and benefit, except as provided in this Agreement, your successors and assigns. If there is more than one Borrower, the terms of the Agreement are joint and several.

**7. NO THIRD-PARTY BENEFICIARIES.** The Advance does not and is not intended to confer any rights or remedies upon any person other than the Borrower, Servicer and USDA. Borrower agrees they are not a third-party beneficiary to the Contract of Insurance between USDA and Servicer. If you have any questions about this Advance, you may contact your Servicer.

**8. BORROWER CERTIFICATION.** You agree and certify that, the financial hardship necessitating this Advance has been truthfully disclosed, and the information provided to the Servicer during the application process is accurate and complete, and that you will comply with all obligations under the Mortgage Loan and this Agreement.

**9. COMPLIANCE.** This Agreement is made pursuant to applicable USDA regulations, including but not limited to, the Federal Register requirements governing the Advance. You agree that failure to comply with these provisions may result in termination of the Advance or other remedies available under applicable law.

**10. INCORPORATION.** This Agreement incorporates the terms of the Mortgage Loan and any related loan modification agreements. In the event of a conflict between this Agreement and the Mortgage Loan, the terms of this Agreement shall govern with respect to the Advance.

**11. ACKNOWLEDGEMENT.** You, the Borrower, acknowledge receipt of this Agreement. By signing below, you agree to the terms and conditions of this Agreement.

[redacted]

[redacted]

Borrower: MICHAEL JOSEPH LEE

9.15.26
Date

[redacted]

Date: **SEPTEMBER 7, 2026**
Loan Number: [redacted]
Lender: **CARRINGTON MORTGAGE SERVICES, LLC**

Borrower: **MICHAEL JOSEPH LEE**

Property Address: **1269 FOX SPARROW LP, MADISONVILLE, LOUISIANA 70447**

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

9.15.26

Borrower — Date
**MICHAEL JOSEPH LEE**

[redacted]

Date: **SEPTEMBER 7, 2026**
Loan Number: [redacted]
Lender: **CARRINGTON MORTGAGE SERVICES, LLC**
Borrower: **MICHAEL JOSEPH LEE**
Property Address: **1269 FOX SPARROW LP, MADISONVILLE, LOUISIANA 70447**

# ERRORS AND OMISSIONS COMPLIANCE AGREEMENT

In consideration of **CARRINGTON MORTGAGE SERVICES, LLC**

(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the replacement or correction of, any lost, misplaced, misstated or inaccurate document(s) or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

9.15.26

**MICHAEL JOSEPH LEE** Date

[redacted]

**United States Bankruptcy Court**
**Eastern District Of Louisiana**

In re **Lee, Micheal Joseph**

Debtor(s)

Case No. **25-11922**

Chapter **13**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

**MOTION TO APPROVE LOAN MODIFICATION AGREEMENT**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on **10/01/2026**.

Dated: **10/01/2026**

**s/ Wayne M. Aufrecht**

Wayne M. Aufrecht
Debtor or Debtor's(s') Counsel
Bar Number: 24946
Wayne M. Aufrecht, LLC
417 West 21st Avenue
Covington, LA 70433
Phone: (985) 893-3361
Email: wayne@northshorefirm.com

**Ally Bank c/o AIS Portfolio Services, LLC**
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Amazon Business Prime**
PO Box 6294
Carol Stream, IL 60197

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Bush Truck Leasing**
6961 Cintas Blvd
Mason, OH 45040

**CAPITAL ONE BANK USA**
PO Box 21293
Salt Lake City, UT 84131

**Capital One, N.A., successor by merger to Discover**
PO Box 3025
New Albany, OH 43054-3025

**Carrington Mortgage Services, LLC**
1600 S. Douglass Road
Anaheim, CA 92806

**Citibank N.A.**
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**EnFin Corp.**
6009 S SHARON AVE
SIOUX FALLS, SD 57108

**Halliday, Watkins & Mann, PC**
Elizabeth Crowell Price, Esq.
376 East 400 South Ste. 300
Salt Lake City, UT 84111

**JEFFERSON CAPITAL SYST**
16 MCLELAND RD
SAINT CLOUD, MN 56303

**Jefferson Capital Systems, LLC**
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Debtor **Lee, Micheal Joseph** Case number **25-11922**

**LVNV Funding, LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**OnPath Credit Union**
3131 N I-10 Service Rd E
Metairie, LA 70002

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
POB 41067
Norfolk, VA 23541

**Progressive**
Dept 0586
Carol Stream, IL 60132-0001

**Quantum3 Group LLC as agent for**
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

**Resurgent Receivables, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**St. Tammany Health System**
Po Box 60022
New Orleans, LA 70160-0022

**Synchrony Bank**
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

**U.S. Small Business Administration**
365 Canal St Ste 2820
New Orleans, LA 70130-1176

**US Department of Education**
120 N Seven Oaks Drive
Knoxville, TN 37922

**US Dept of Education**
Po Box 530278
Atlanta, GA 30353-0278

**Wells Fargo Bank, N.A.**
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

**Wex Bank/Shell Fleet Cards**
PO Box 4337
Carol Stream, IL 60197